IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

REGINALD BYRON COLLEY,

     Appellant,

v.                      Case No. 5D23-140
                         LT Case No. 16-2022-TR-028633-CIXX-MA

STATE OF FLORIDA,

     Appellee.
_____/

Opinion filed February 24, 2023

Appeal from the County Court
for Duval County.

Reginald Byron Colley, Jacksonville,
pro se.

Cherry Shaw Pollock, Assistant
General Counsel, of the Office of
General Counsel, City of Jacksonville,
for Appellee.


PER CURIAM.

     Reginald Byron Colley appeals a traffic hearing officer's determination

that he exceeded the posted speed limit in violation of section 316.187(1),

Florida Statutes (2022). The State correctly responds that Colley should have appealed this determination to the circuit court pursuant to section 318.33, Florida Statutes (2022), which provides that "[d]ecisions of the hearing officer are appealable, under the rules of court, to the circuit court," and Florida Rule of Traffic Court 6.630(d), which provides that "[a]ppeals from decisions of a traffic hearing officer shall be made to the circuit court pursuant to the relevant provisions of the Florida Rules of Appellate Procedure in the same manner as appeals from the county court."

In light of these provisions, jurisdiction to hear traffic infraction appeals was not transferred to the district courts by virtue of the enactment of section 3 of Chapter 20–161, Laws of Florida, which provides: "Circuit courts shall have jurisdiction of appeals from final administrative orders of local government code enforcement boards *and of reviews and appeals as otherwise expressly provided by law*." (Emphasis added). Therefore, this appeal is transferred to the Fourth Judicial Circuit Court in and for Duval County for disposition. *See State v. Islam*, 352 So. 3d 956, 957 (Fla. 2d DCA 2022); *Nelson v. State*, 325 So. 3d 1005 (Fla. 3d DCA 2021).

APPEAL TRANSFERRED.

JAY, BOATWRIGHT and MACIVER, JJ., concur.

2